UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robyn L Yandrlic<br>　　　　　　　　　　Debtor(s) | |
| Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust<br>　　　　　　　　　　Movant<br>　　　　　v.<br>Robyn L Yandrlic<br>　　　　　　　　　　Respondent(s)<br>　　　　　and<br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 17-23641 CMB<br><br>CHAPTER 7<br>Related to Docket # ___33___ |

## ENTERED BY DEFAULT

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 6th day of April, 2018, at Pittsburgh, upon Motion of Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 1124 Woodland Ave, McKeesport, PA 15133 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Carlota M. Böhm_
　　　　　　　　　　　　　　　　　　　　dms
United States Bankruptcy Judge

FILED
4/6/18 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Robyn L Yandrlic
101 Carlye Drive
Cranberry Township, PA 16066

Brent J. Lemon Esq.
PO Box 93
Wexford, PA 15090
blemon@fglaw.com

Jeffrey J. Sikirica Esq.
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robyn L Yandrlic  
    Debtor

Case No. 17-23641-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw    Page 1 of 1    Date Rcvd: Apr 06, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.  
db           +Robyn L Yandrlic,   101 Carlye Drive,   Cranberry Township, PA 16066-3221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:  
       Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
        acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
       Brent J. Lemon    on behalf of Debtor Robyn L Yandrlic blemon@fglaw.com,
        lemondropper75@hotmail.com  
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
        bkgroup@kmllawgroup.com  
       Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
       Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                          TOTAL: 6